IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02478-WJM-KLM

MICHELLE MOLLOY, and unnamed plaintiffs,

     Plaintiff,

v.

CHICO'S FAS, INC.,

     Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion for Protective Order** [#19][1] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**.  Accordingly,

     IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#19-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

     Dated: January 1, 2014

---

[1] "[#19]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.